IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BARBARA HUSS, ET AL.                                          PLAINTIFF

VERSUS                                               CASE NO.: 2:00CV131-D-S

JOHN OVERTON GAYDEN, M.D., ET AL.                            DEFENDANTS

## PLAINTIFF'S MOTION FOR CONTINUANCE

COMES NOW, Plaintiff, Barbara Huss, by and through counsel, and respectfully moves

this Court to continue the trial date from it's current setting, stating in support thereof as follows:

I.

This action is one for medical malpractice.

II.

Plaintiff, Barbara Huss, through her counsel, represents to the Court that the decision

rendered by the Fifth Circuit Court of Appeals will be appealed to the U.S. Supreme Court within

the time allowed for the perfection of such appeal. Inasmuch as the rules allow 90 days to appeal

this matter to the U.S. Supreme Court, and thereafter, it is anticipated that a certain amount of

time will pass before the U.S. Supreme Court advises whether it will accept the appeal or not. It

is likely that a final resolution of this matter before the U.S. Supreme Court may not be rendered

in time for trial preparation.

III.

Plaintiff would further show unto the Court that his matter was held and considered by

the Fifth Circuit Court of Appeals for a substantial amount of time and Plaintiff submits to the

Court that a delay for the purpose of finalizing all appellate remedies would be in the interest of

justice.

WHEREFORE PREMISES CONSIDERED, Plaintiff, Barbara Huss, respectfully request this Court to grant a Motion to Continue, and requests that this trial be rescheduled for a date mutually agreeable to all parties and the Court, after final decision is rendered by the U.S. Supreme Court.

Respectfully submitted,

CHAPMAN, LEWIS & SWAN, PLLC
ATTORNEYS for Plaintiff
501 First Street
P. O. Box 428
Clarksdale, MS 38614
(662) 627-4105 telephone
(662) 627-4171 facsimile

By:/s/Ralph E. Chapman_____
    Ralph E. Chapman
    MSB # 5962

OF COUNSEL

Jenny M. Virden
MSB #: 6618
CHAPMAN, LEWIS & SWAN, PLLC
P. O. Box 2801
Madison, MS 39130
(601) 605-9081 telephone
(601) 605-9765 facsimile

John H. Daniels, III
Dyer, Dyer, Jones & Daniels
P. O. Drawer 560
Greenville, MS 38702-0560
(662) 378-2626 telephone

## CERTIFICATE OF SERVICE

I, Ralph E. Chapman, do hereby certify that I have this day mailed, postage prepaid, a true and correct copy of the above and foregoing to:

Mark P. Caraway, Esq.

Wise, Carter, Child & Caraway
P. O. Box 651
Jackson, MS 39205-0651

E. P. Lobrano, Jr., Esq.
Lobrano & Butler
601 D. Hwy. 61
Ridgeland, MS 39157

THIS, The 9th day of November, 2009.

/s/Ralph E. Chapman
Ralph E. Chapman