IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

BARBARA HUSS

VS.                                              CIVIL ACTION NO. 2:00CV131-D-B

JOHN OVERTON GAYDEN, M.D., ET AL.

## ORDER

This matter is before the court on motion of the plaintiff to stay to stay the deadline for her response to Defendants' Motion to Strike expert witness, Dr. Rick Carlton, pending a ruling on plaintiff's counsel's motion to withdraw (# 137). After considering the matter, the court finds the motion to be well taken, and it shall be GRANTED. A new deadline will be issued once a ruling is made on the pending motion to withdraw as counsel.

SO ORDERED, this the 23rd day of November 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE